**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   LOURDES A. ACASIO,                              No. C 10-03003 WHA

11            Plaintiff,

12      v.                                           **ORDER GRANTING MOTION TO
                                                     PROCEED IN FORMA PAUPERIS**
13    GUITTARD CHOCOLATE CO.,
     WAREHOUSE UNION LOCAL 6, ILWU
14

15            Defendants.
                                              /
16

17          Plaintiff has applied to proceed in forma pauperis in this action.  Pursuant to 28 U.S.C.

18   1915(a), a court may authorize a plaintiff to prosecute an action in federal court without

19   prepayment of fees or security therefor if she submits an affidavit showing that she is unable to

20   pay such fees.  Plaintiff has submitted the required documentation, and it is evident from her

21   application that her assets and income are insufficient to enable her to pay fees, costs, or give

22   security.  Accordingly, her motion to proceed in forma pauperis is **GRANTED**.

23

24          **IT IS SO ORDERED.**

25

26   Dated:  August 2, 2010.
                                              _____
27                                            WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE
28