IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES A. ACASIO, | No. C 10-03003 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S MOTION TO ENLARGE TIME** |
| GUITTARD CHOCOLATE CO., WAREHOUSE UNION LOCAL 6, ILWU | |
| Defendants. | |

Plaintiff, who is representing herself pro se, has submitted a "motion to enlarge time" concerning her deadline to submit an opposition to defendant Warehouse Union Local 6, ILWU's motion to dismiss. This order extends plaintiff's deadline to file her opposition until noon on August 26, 2010. Defendant must reply by noon on September 2, 2010.

Plaintiff shall take note that no further extensions to file an opposition will be permitted. If an opposition has not been received by noon on August 26, 2010, defendant's motion will be granted.

The hearing set for September 2, 2010, will be **VACATED**. A new hearing will be noticed for **SEPTEMBER 16, 2010**, at **8:00 A.M.**

**IT IS SO ORDERED.**

Dated: August 16, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2