IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOURDES A. ACASIO,

    Plaintiff,

  v.

GUITTARD CHOCOLATE CO.,
WAREHOUSE UNION LOCAL 6, ILWU,

    Defendants.
                                   /

No. C 10-03003 WHA

**ORDER CLARIFYING ORDER GRANTING PLAINTIFF'S MOTION TO ENLARGE TIME**

The Court's order of August 16, 2010 (Dkt. No. 33) shall apply to both defendants' pending motions to dismiss.

**IT IS SO ORDERED.**

Dated: August 19, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE