IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES A. ACASIO,<br><br>    Plaintiff,<br><br>  v.<br><br>GUITTARD CHOCOLATE CO.,<br>WAREHOUSE UNION LOCAL 6, ILWU<br><br>    Defendants.<br>_____/ | No. C 10-03003 WHA<br><br>**ORDER REFERRING PLAINTIFF TO FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL** |

    Plaintiff being in need of counsel to assist her in this matter and having requested counsel at the case management conference on October 21, 2010, and good and just cause appearing,

    IT IS HEREBY ORDERED that Lourdes Acasio shall be referred to the Federal Pro Bono Project in the manner set forth below:

    1.    The clerk shall forward to the Volunteer Legal Services Program of the Bar Association of San Francisco ("BASF"), one (1) copy of the court file with a notice of referral of the case pursuant to the guidelines of the Federal Pro Bono Project for referral to a volunteer attorney.

    2.    Upon being notified by the BASF that an attorney has been located to represent plaintiff Acasio, that attorney shall be appointed as counsel in this matter until further order of the Court.

3. All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent plaintiff Acasio in this action.

Ms. Acasio is reminded that referral to the Federal Pro Bono Project does not guarantee, in any way, that *pro bono* counsel will be appointed. The hearing scheduled for December 2, 2010, is **VACATED**. The Court will schedule a new hearing date later if necessary.

**IT IS SO ORDERED.**

Dated: October 25, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2