IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOURDES A. ACASIO,

    Plaintiff,

  v.

GUITTARD CHOCOLATE CO.,
WAREHOUSE UNION LOCAL 6, ILWU,

    Defendants.
                                                /

No. C 10-03003 WHA

**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE**

      This order sets a further case management conference for January 6, 2011, at 11:00 a.m. Not less than seven days prior, the parties shall submit a joint case management conference statement not to exceed ten pages. The Clerk shall serve this on Attorney Steven Williams of Cotchett, Pitre & McCarthy, 840 Malcolm Road, Suite 200, Burlingame, CA 94010.

      **IT IS SO ORDERED.**

Dated: December 9, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE