IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES A. ACASIO,<br><br>    Plaintiff,<br><br>  v.<br><br>GUITTARD CHOCOLATE CO., and WAREHOUSE UNION LOCAL 6, ILWU,<br><br>    Defendants.<br>                                                 / | No. C 10-03003 WHA<br><br>**ORDER VACATING FURTHER CASE MANAGEMENT CONFERENCE** |

      The further case management conference set for January 6, 2011, at 11:00 a.m., is **VACATED**. The Clerk shall serve this on Attorney Steven Williams of Cotchett, Pitre & McCarthy, 840 Malcolm Road, Suite 200, Burlingame, CA 94010.

      **IT IS SO ORDERED.**

Dated: December 10, 2010.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE