IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOURDES A. ACASIO,

    Plaintiff,

  v.

GUITTARD CHOCOLATE CO., and
WAREHOUSE UNION LOCAL 6, ILWU,

    Defendants.
                                       /

No. C 10-03003 WHA

**ORDER APPOINTING COUNSEL
AND SETTING FURTHER CASE
MANAGEMENT CONFERENCE**

      Because plaintiff Lourdes Acasio has requested and is in need of counsel to assist her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Ruth Borenstein of the law firm Morrison & Foerster, LLP, is hereby appointed as counsel for plaintiff Lourdes Acasio in this matter.

      This order sets a further case management conference for January 27, 2011, at 11:00 a.m.  Not less than seven days prior, the parties shall submit a joint case management conference statement not to exceed ten pages.  The Clerk shall serve this on Attorney Ruth Borenstein, Morrison & Foerster, LLP, 425 Market Street, San Francisco, CA 94105.

    **IT IS SO ORDERED.**

Dated: January 3, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE