IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES A. ACASIO,<br><br>    Plaintiff,<br><br>  v.<br><br>GUITTARD CHOCOLATE CO., and<br>WAREHOUSE UNION LOCAL 6, ILWU,<br><br>    Defendants.<br>                                                         / | No. C 10-03003 WHA<br><br>**ORDER GRANTING IN PART AND DENYING AS MOOT IN PART STIPULATION TO EXTEND DISCOVERY AND CONTINUE CASE MANAGEMENT CONFERENCE** |

The parties have stipulated to continue the further case management conference in this matter and to extend the discovery deadline. The parties state that they would like more time to participate in a further settlement conference with Magistrate Judge Chen. For this purpose, the parties' request to continue the case management conference is **GRANTED**, and the conference is continued to **APRIL 28, 2011, AT 3:00 P.M.** The parties' request that the discovery deadline be extended, however, is **DENIED AS MOOT**. This case was stayed by the first amended case management order, apart from mediation. As nothing has intervened to affect that stay, it remains and will continue to remain until the further case management conference.

**IT IS SO ORDERED.**

Dated: March 17, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE