United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOURDES A. ACASIO,

    Plaintiff,

  v.

GUITTARD CHOCOLATE CO. AND WAREHOUSE UNION, LOCAL 6, ILWU, and DOES 1 through 10,

    Defendants.

No. C 10-03003 WHA

**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

The Court **DENIES** the parties' stipulation to continue the case management conference for another thirty days. This matter was filed in July of 2010 and counsel for plaintiff has been on board since January 3, 2011, and it's time to move the case along.

**IT IS SO ORDERED.**

Dated: April 20, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE