IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOURDES A. ACASIO,

    Plaintiff,

v.

GUITTARD CHOCOLATE CO. AND WAREHOUSE UNION, LOCAL 6, ILWU, and DOES 1 through 10,

    Defendants.

No. C 10-03003 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The case management conference, currently set for April 28, 2011, is **CONTINUED** to **MAY 12, 2011, AT 3:00 P.M.**

**IT IS SO ORDERED.**

Dated: April 25, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE