IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOURDES A. ACASIO,

    Plaintiff,

  v.

GUITTARD CHOCOLATE CO., and
WAREHOUSE UNION LOCAL 6, ILWU,

    Defendants.
                                    /

No. C 10-03003 WHA

**ORDER REGARDING STIPULATION TO REMOVE DOCUMENTS FROM PUBLIC FILE**

      The parties have stipulated to remove documents from the public file, including exhibits A through C to plaintiff's original complaint, and exhibits A and B to plaintiff's first amended complaint, because they contain confidential personal information about plaintiff. Yet plaintiff's counsel did not specify the pages that contain such information, nor did they offer to file redacted versions of the exhibits. Therefore, the subject documents shall not be removed from the docket, but the Clerk shall electronically seal docket numbers 1-1 through 1-3 and 36-1 through 36-6.

      **IT IS SO ORDERED.**

Dated: April 25, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE