**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   LOURDES A. ACASIO,                              No. C 10-03003 WHA
11          Plaintiff,
12     v.                                            **NOTICE REGARDING**
                                                     **LETTER FROM PLAINTIFF**
13   GUITTARD CHOCOLATE CO., and
     WAREHOUSE UNION LOCAL 6, ILWU,
14
15          Defendants.
                                            /
16
17          Plaintiff has filed a letter expressing unhappiness with her settlement and requesting that
18   her case be reopened.  Plaintiff is represented by counsel.  Plaintiff's counsel shall please notify
19   their client that no action will be taken on her letter, and if she wants to seek the requested relief
20   her counsel must file a motion to set aside the dismissal and reopen the case; or, if plaintiff
21   wishes to file such motion herself, she must request withdrawal of her counsel before she can
22   proceed *pro se*.
23
24   Dated:  May 26, 2011.
25                                          _____
26                                          WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE
27
28