1
2
3
4
5
6
7
8

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| LOURDES A. ACASIO,<br><br>    Plaintiff,<br><br>  v.<br><br>GUITTARD CHOCOLATE CO. AND WAREHOUSE UNION, LOCAL 6, ILWU, and DOES 1 through 10,<br><br>    Defendants.<br><br>GUITTARD CHOCOLATE CO.,<br><br>    Counterclaimant,<br><br>  v.<br><br>LOURDES A. ACASIO,<br><br>    Counterclaim Defendant. | ) Case No. CV 10 3003 WHA<br>)<br>)<br>) **SUBSTITUTION OF COUNSEL FOR**<br>) **PLAINTIFF/COUNTERCLAIM**<br>) **DEFENDANT LOURDES A. ACASIO**<br>) **BY CONSENT AND [PROPOSED]**<br>) **ORDER**<br>)<br>) **JUDGE:    Hon. William H. Alsup**<br>) |

CASE NO. CV 10 3003 WHA
SUBSTITUTION OF COUNSEL FOR PLAINTIFF/COUNTERCLAIM DEFENDANT LOURDES A. ACASIO BY CONSENT AND [PROPOSED] ORDER
SF-3000261

1  Plaintiff/Counterclaim Defendant Lourdes A. Acasio agrees to represent herself and to
2  appear *pro se* in this action and consents to the withdrawal of the law firm of Morrison & Foerster
3  LLP and its attorneys Ruth N. Borenstein and Colette M. LeBon as her counsel of record in this
4  action. Ms. Acasio's contact information is:

5  Lourdes A. Acasio
   117 Appian Way
6  South San Francisco, CA 94080
   (650) 763-1533
7

8  **SUBSTITUTION BASED ON CONSENT**

9  The undersigned consents to the above substitution and will no longer serve as counsel of
10  record in this action.

11

12  Date: May 27, 2011                          MORRISON & FOERSTER LLP
                                                RUTH N. BORENSTEIN
13                                              COLETTE M. LEBON

14                                      By:    _/s/ Ruth B._
15                                              Ruth N. Borenstein
                                                Attorneys for Plaintiff/Counter-Defendant
16                                              Lourdes A. Acasio

17  The undersigned consents to the above substitution and will henceforth represent herself
18  and appear *pro se* in this action.

19

20  Dated: May 28, 2011

21

22                                              _/s/ Lourdes A. Acasio_
                                                Lourdes A. Acasio *Pro Se*
23

24

25  **[PROPOSED] ORDER**

26
    Good cause appearing, IT IS HEREBY ORDERED that the foregoing substitution of
27
    counsel is approved by the Court. Plaintiff/Counterclaim Defendant Lourdes A. Acasio may
28

CASE NO. CV 10 3003 WHA                                                                            1
SUBSTITUTION OF COUNSEL FOR PLAINTIFF/COUNTERCLAIM DEFENDANT LOURDES A. ACASIO BY CONSENT AND
[PROPOSED] ORDER
SF-3000261

represent herself and appear *pro se* in this action and the law firm of Morrison & Foerster LLP and its attorneys Ruth N. Borenstein, and Colette M. LeBon are no longer counsel of record for Plaintiff/Counterclaim Defendant Lourdes A. Acasio in this action.

If plaintiff, now *pro se*, intends to bring a motion to set aside the dismissal pursuant to settlement and to reopen this case, she must do so in compliance with all applicable law, including the local rules.  Unless and until such motion is granted, the settlement and dismissal remain in effect.

**IT IS SO ORDERED.**

Dated:  June 2, 2011.

_____
WILLIAM ALSUP
U.S. District Judge