IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES A. ACASIO, | No. C 10-03003 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING SECOND POST-DISMISSAL LETTER FROM PLAINTIFF** |
| GUITTARD CHOCOLATE CO., and WAREHOUSE UNION LOCAL 6, ILWU, | |
| Defendants. / | |

This case has settled and been dismissed and closed. After the case was closed, plaintiff filed a letter expressing unhappiness with her settlement and requesting that her case be reopened. Plaintiff was notified that if she wanted to seek the requested relief, her counsel must file a motion to set aside the dismissal and reopen the case; or, if plaintiff wished to file such motion herself, she must request withdrawal of her counsel before she can proceed *pro se* (Dkt. No. 77). Pro bono counsel withdrew by consent. Now plaintiff has filed a submission titled "Motion to extend time asking court to gave more time, submit my brief on a motion. Amending a settlement. No counterclaim same event lawsuit filed" [sic]. Most of the submission is hard to understand. It still appears that plaintiff is unhappy with her settlement.

Plaintiff executed a dismissal of the case pursuant to a binding settlement agreement that was executed both before Judge Chen and subsequently more formally in writing. The law does not permit the judge to undo dismissals and settlements without the required showing. Such showings are usually hard to make. Without addressing the timeliness of any such motion,

plaintiff may have until **NOON ON JULY 28, 2011**, to file a proper motion with proper declarations under penalty of perjury to set aside the settlement. The time between that date and the date of her application will not be held against her in evaluating timeliness. Plaintiff must be aware that timeliness is only one issue. Proper grounds to set aside the settlement and dismissal must be established. Beyond this, the Court cannot advise plaintiff as to how to write her application.

**IT IS SO ORDERED.**

Dated: July 5, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE