IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOURDES A. ACASIO,<br><br>   Plaintiff,<br><br>v.<br><br>GUITTARD CHOCOLATE CO. AND WAREHOUSE UNION, LOCAL 6, ILWU, and DOES 1 through 10,<br><br>   Defendants. | Case No. CV 10 3003 WHA<br><br>[~~proposed~~] ORDER GRANTING MOTION FOR ACCESS TO SEALED DOCUMENTS |

On April 22, 2011, the undersigned held a further settlement conference in the above matter, and a confidential agreement was placed on the record. The transcript of that proceeding was to be filed and maintained under seal. However, Plaintiff, Lourdes Acasio moved to have the settlement set aside, which motion was denied by Judge Alsup by order filed on July 27, 2011; and Plaintiff / Appellant Acasio has filed a Notice of Appeal of Judge Alsup's order, which Notice of Appeal was filed by the Clerk of this Court on August 29, 2011. Plaintiff / Appellant Acasio filed a document on September 8, 2011 that is entitled Transcript Designation and Ordering Form but she did not identify any hearing transcripts to be ordered.

Defendant – Appellee Guittard Chocolate Co. seeks a copy of the transcript of the settlement conference hearing for purposes of the appeal.

GOOD CAUSE APPEARING; the Court Reporters are directed to provide counsel for any party in this matter with a transcript of the telephonic settlement conference proceedings of April 22, 2011 upon such counsel's request and without further order.

IT IS SO ORDERED.

September 26, 2011



~~HON. WILLIAM ALSUP, JUDGE~~ Edward M. Chen
~~UNITED STATES DISTRICT COURT,~~
~~NORTHERN DISTRICT OF CALIFORNIA~~

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

{CLIENT FILES/20060/18/00177191.DOC}

[PROPSOSED] ORDER RE TRANSCRIPT